UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS DUGGIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | NO:  13-CV-3118-JPH<br><br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

BEFORE THE COURT is the magistrate judge's report (ECF No. 20) recommending the Court grant the parties' stipulated motion for remand (ECF No. 19). The parties have not consented to the magistrate judge's jurisdiction.

After consideration, **IT IS ORDERED** that the recommendation (ECF No. 20) **is ADOPTED in its entirety**. The Commissioner's final decision is **REVERSED** and **REMANDED** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g).  Upon remand the Administrative Law Judge (ALJ) will:  (1) conduct a de novo hearing, further develop the record, and issue a new decision; (2) reevaluate the medical evidence, specifically the opinion of Aaron Burdge,

Page 1    ORDER ADOPTING REPORT AND RECOMMENDATION

Ph.D.; (3) reassess Plaintiff's residual functional capacity pursuant to SSR 96-8p; (4) seek supplemental vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that the claimant can perform; and (5) conduct the further proceedings required to determine if the claimant's substance abuse is a contributing factor material to a finding of disability under Social Security Ruling 13-2p.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter judgment for Plaintiff, and **CLOSE** the file.

**DATED** July 10, 2014.



THOMAS O. RICE
United States District Judge

Page 2    ORDER ADOPTING REPORT AND RECOMMENDATION