1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7  DENNIS DUGGIN,
                                    NO: 13-CV-3118-JPH
8              Plaintiff,
                                    ORDER ADOPTING REPORT AND
9       v.                          RECOMMENDATION

10 CAROLYN W. COLVIN, Acting
   Commissioner of the Social Security
11 Administration,

12             Defendant.

13      BEFORE THE COURT is the Report and Recommendation (ECF No. 28)

14 filed October 22, 2014, recommending Plaintiff's motion for award of attorney's

15 fees pursuant to the Equal Access to Justice Act (ECF No. 23) be granted. The

16 Commissioner responded and has no objection (ECF No. 27). The matter was

17 submitted for consideration without oral argument. The Court has reviewed the

18 report and recommendation and the file herein and is fully informed.

19 ///

20 ///

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Report and Recommendation (ECF No. 28) is **ADOPTED** in its entirety.

2. Plaintiff's Motion for Attorney's Fees (ECF No. 23) is **GRANTED**. The Commissioner is directed to pay EAJA fees in the amount of **$4,644.65.** The EAJA award shall be made <u>payable directly to Plaintiff</u>, and mailed to D. James Tree, 3711 Englewood Avenue, Yakima, WA 98902.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and Magistrate Hutton, and **CLOSE** the file.

**DATED** November 5, 2014.



THOMAS O. RICE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 2